# Exhibit K

U.S. Patent No. 12,564,275

Title: Pet Sling Carrier

| Claim Language | Defendants' Infringing Product |
| --- | --- |
| 1. 1. A carrier for securing and carrying a pet or a baby, comprising: | Defendants market and sell the InfringingProduct as a dog/pet sling carrier. The listing and product photographs show a wearable carrier configured to hold a small pet against the wearer. As shown below, the Infringing Product is listed on Amazon for sale as the Supet Dog Carrier Sling for Small Dogs, Hands Free Adjustable Soft Cotton Puppy Chest Bag Carrier, Anti-Anxiety & Back Pain Relief Pet Front Pack, which is marketed as a pet carrier for securing and carrying a pet.  |
| a connecting panel; | The InfringingProduct includes a central connecting-panel assembly that joins |

| | |
|---|---|
| | the two upper fabric slings and two lower adjustable straps.   |
| a first sling having a first end and a second end, wherein the first end of the first sling is fixedly attached to an upper left part of the connecting panel;<br><br>a first adjustable strap having a first end and a second end, wherein the first end of the first adjustable strap is fixedly attached to the second end of the first sling, and the second end of the first adjustable strap is fixedly attached to a lower right part of the connecting panel;<br><br>a second sling having a first end and a second end, wherein the first end of the second sling is fixedly attached to an upper right part of the connecting panel; and | A broad fabric sling is permanently attached at the upper-left portion of the accused connecting panel.<br><br>The corresponding sling continues through a buckle-adjustable strap whose opposite end enters and is fixed within the lower-right portion of the central panel. The buckle and free adjustment tail are visible.<br><br>A second broad fabric sling is permanently attached at the upper-right portion of the accused connecting panel. |

| | |
|---|---|
| a second adjustable strap having a first end and a second end, wherein the first end of the second adjustable strap is fixedly attached to the second end of the second sling, and the second end of the second adjustable strap is fixedly attached to a lower left part of the connecting panel, | The second sling continues through a second buckle-adjustable strap whose opposite end enters and is fixed within the lower-left portion of the central panel.  |
| wherein the connecting panel is constructed to be symmetrical with respect to a vertical axis, | The accused panel and its four attachment locations are mirror-symmetrical about a vertical centerline: upper-left corresponds to upper-right, and lower-left corresponds to lower-right. |

| | |
|---|---|
| |   |
| wherein the first and second slings are constructed to criss-cross each other, | The opposite-face photograph shows the two broad fabric sling ends crossing diagonally in an X arrangement over the central panel. Furthermore, the two slings form a space for receiving and supporting a pet. In addition, the two slings performs substantially the same function of forming a space to receive and support a pet, in substantially the same way by extending across the central panel to define the receiving space, to achieve substantially the same result of securely supporting the pet. Thus, the sling structure satisfies this limitation literally and/or under the doctrine of equivalents. |

| | |
|---|---|
| |   |
| wherein the first and second adjustable straps are length-adjustable, | Each lower strap includes an adjustment buckle and free tail, allowing the effective strap length to be shortened or lengthened.<br> |
| wherein the connecting panel comprises a base panel, an inner panel, and a cover panel, | The accused panel has distinct front and rear exterior layers surrounding a raised, padded/reinforcing interior layer. The supplied front, rear, and disassembled views show this layered construction. |

| | |
|---|---|
| | <br>This photo shows the cover panel.<br><br>This photo shows the base panel.<br><br>This photo shows the cover panel. |

| | |
|---|---|
| |  After removing the cover panel, this photo shows the inner panel. |
| wherein the inner panel is smaller than the base panel and smaller than the cover panel such that the inner panel is positioned between the base panel and the cover panel to be covered by the base panel and the cover panel, | The raised interior layer occupies a smaller central footprint and is fully covered by the larger exterior panel pieces, whose perimeter seam extends outside the raised inner body.<br>The photos below show that the inner panel is smaller than the base panel and smaller than the cover panel.<br> |

| | |
|---|---|
| |  |
| wherein the first end of the first sling, the first end of the second sling, the second end of the first adjustable strap, and the second end of the second adjustable strap are each sewn in between the base panel and the inner panel, and | With the outer cover removed, the photograph shows all four sling/strap ends entering the panel at the four quadrants and retained by stitching within the layered panel assembly rather than by detachable surface fasteners.<br><br> |

| | |
|---|---|
| wherein the base panel and the cover panel are sewn together to enclose the inner panel, leaving four openings respectively for allowing passage of the first end of the first sling, the first end of the second sling, the second end of the first adjustable strap, and the second end of the second adjustable strap. | A continuous perimeter seam joins the exterior panel pieces around the interior layer, while four discrete openings at the upper-left, upper-right, lower-left, and lower-right positions allow the sling and strap ends to pass into the assembly. Thus, in the Infringing Product, the base panel and the cover panel are sewn together to enclose the inner panel, leaving four openings respectively for allowing passage of the first end of the first sling, the first end of the second sling, the second end of the first adjustable strap, and the second end of the second adjustable strap.The base panel and cover panel are stitched together around the perimeter of the connecting panel to enclose the inner panel while leaving four openings through which the slings and adjustable straps extend, as shown below.  |